F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 20 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01240-WDM-CBS

ANTHONY T. MARULLI,

    Plaintiff,

v.

MR. JAY ARNOLD, VP Human Resources, and
BAX GLOBAL, INC., Headquarters, 440 Exchange, Irvine, CA 92602

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 7/14/05

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01240-WDM-CBS

Anthony T. Marulli
P.O. Box 50453
Colorado Springs, CO 80949

US Marshall Service
Service Clerk
Service forms for: Mr. Jay Arnold and Bax Global, Inc.


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Jay Arnold and Bax Global, Inc.: SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 7-20-05.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk