IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01240-WDM-CBS

ANTHONY T. MARULLI,
    Plaintiff,
v.

MR. JAY ARNOLD, VP Human Resources, and
BAX GLOBAL, INC., a California corporation,
    Defendants.
_____

ORDER DENYING MOTION TO STRIKE
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Marulli's Motion to Strike Defendant Arnold's Motion to Dismiss (filed October 11, 2005) (doc. # 25). Pursuant to the General Order of Reference dated September 8, 2005 (doc. # 16) and the memorandum dated October 11, 2005 (doc. # 28), the motion was referred to the Magistrate Judge. The court has reviewed the pending motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    As the court has previously explained in its Order dated September 15, 2005, while Marulli may present his arguments against Defendant Arnold's Motion, his disagreement with statements made in Arnold's Motion to Dismiss is not a proper basis for striking Defendant Arnold's Motion to Dismiss. Accordingly,

    IT IS ORDERED that:

    1.    Marulli's Motion to Strike Defendant Arnold's Motion to Dismiss (filed

October 11, 2005) (doc. # 25) is DENIED.

2. Pursuant to the court's Order dated October 5, 2005, Marulli's response, if any, to Defendant Arnold's Motion to Dismiss (doc. # 12) shall be filed **on or before October 14, 2005.** Marulli is advised that after October 14, 2005, the court may rule on Defendant Arnold's Motion to Dismiss whether or not Marulli has filed any response.

DATED at Denver, Colorado, this 17th day of October, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge